UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD R. SIGGINS,

        Plaintiff,

   v.

COUNTY OF YUBA; YUBA COUNTY OFFICE OF THE DISTRICT ATTORNEY; YUBA COUNTY PROBATION DEPARTMENT; YUBA COUNTY VICTIM WITNESS PROGRAM; PATRICK McGRATH; SANDRA FONDLEY; ELIZABETH RODRIGUEZ; and JASON ROPER,

        Defendants.

_____/

NO. CIV. S-03-1309 LKK/GGH

O R D E R

On March 29, 2005, counsel for plaintiff in the above-captioned case was ordered to show cause why sanctions should not be imposed for failure to file a pretrial statement which complied with the Local Rules. The court is in receipt of plaintiff's counsel's response.

////

////

1

1   The Order to Show Cause is hereby DISCHARGED.

2   IT IS SO ORDERED.

3   DATED: April 18, 2005.

```
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```