UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD R. SIGGINS,

        Plaintiff,

    v.

COUNTY OF YUBA; YUBA COUNTY OFFICE OF THE DISTRICT ATTORNEY; YUBA COUNTY PROBATION DEPARTMENT; YUBA COUNTY VICTIM WITNESS PROGRAM; PATRICK McGRATH; SANDRA FONDLEY; ELIZABETH RODRIGUEZ; and JASON ROPER,

        Defendants.

NO. CIV. S-03-1309 LKK/GGH

O R D E R

The court is in receipt five separate stipulations by and between the parties in the above-captioned case to dismiss all parties with prejudice, with each party to bear its own costs and attorneys fees.

////

////

////

1

1      Accordingly, it is hereby ORDERED that all parties shall be
2 dismissed from this action with prejudice.  The Clerk is directed
3 to CLOSE the case.
4      IT IS SO ORDERED.
5      DATED:  May 26, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT